PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

JUDGE SHADUR

MAGISTRATE JUDGE BROWN

| | | |
|---|---|---|
| **DOCKET NUMBER** (Tran. Court) | | |
| 04-CR-1951-001-W | | |
| **DOCKET NUMBER** (Rec. Court) | | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gerardo MADRID | Southern California | San Diego |
| | **NAME OF SENTENCING JUDGE** Thomas J. Whelan | |
| **08CR 0093** | **DATES OF SUPERVISED RELEASE** | **FROM** 6/1/2006    **TO** 5/31/2009 |

| OFFENSE |
|---|
| 21 U.S.C. §§ 952 and 960, Importation of Marijuana |

RECEIVED
JAN 22 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

FILED
1-31-08
JAN 3 1 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1/10/08
Date

Thomas J. Whelan
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 30 2008
Effective Date

James F. Holderman
United States District Judge

pn/pn