# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**F I L E D**
2-21-08
FEB 2 1 2008 ᴍ

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

W. Samuel Hamrick, Jr.
Clerk of Court

February 15, 2008

Clerk, U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**08CR93**
**JUDGE SHADUR**
**MAGISTRATE JUDGE BROWN**

**Transfer of Jurisdiction**

    Our Case #:    04cr1951 W
    Re:             Gerardo Madrid

Dear Clerk of the Court:

    Enclosed please find the following documents:

        Certified copy of Transfer of Jurisdiction
        Certified copy of indictment, information or complaint
        Certified copy of Judgment
        Certified copy of docket sheet
        Certified copy of any OSC's

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

        Sincerely yours,

        W. Samuel Hamrick, Jr.
        Clerk of Court

        By: _____
            A. Everill, Deputy Clerk

TERMED

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:04-cr-01951-W All Defendants
## Internal Use Only

Case title: USA v. Madrid
Magistrate judge case number: 3:04-mj-01559

Date Filed: 07/15/2004
Date Terminated: 11/08/2004

Assigned to: Judge Thomas J. Whelan

**Defendant**

**Gerardo Madrid** (1)
*TERMINATED: 11/08/2004*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 07/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Adam M Ruben**
Law Office of Adam M Ruben
409 Ninth Avenue
Suite 205
San Diego, CA 92101
(619)708-5093
Email: amr124@cox.net
*TERMINATED: 11/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I hereby attest and certify on ___2-15-08___
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy

**Timothy J Richardson**
Law Offices of Timothy J
Richardson
401 B Street
Suite 2215
San Diego, CA 92101
(619)231-6577
Fax: (619)515-9681
*TERMINATED: 11/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:952 and 960 - Importation of Marijuana (Felony) (1) | Custody of BOP 18 months, supervised release 3 yrs; $100.00 penalty assessment; no fine |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **United States of America** | represented by | **U S Attorney CR** |
|---|---|---|
| | | U S Attorneys Office Southern District of California Criminal Division |

880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2004 | | DEFENDANT Gerardo Madrid arrested [ 3:04-m -1559 ] (rab) (Entered: 06/28/2004) |
| 06/25/2004 | 1 | COMPLAINT against defendant Gerardo Madrid, signed by Magistrate Judge Anthony J. Battaglia [ 3:04-m -1559 ] (jrd) (Entered: 06/25/2004) |
| 06/25/2004 | 2 | Enter Order by Magistrate Judge Anthony J. Battaglia: first appearance of Gerardo Madrid on cmp, Attorney Federal Defenders appointed; Dft Gerardo Madrid informed of charges , $25,000 PS bond set for Gerardo Madrid , preliminary hrg set for 9:00 7/8/04 for Gerardo Madrid before Mag Judge Roger McKee ; Court Reporter: AJB04-2:1292-1778 [ 3:04-m -1559 ] (rab) (Entered: 06/28/2004) |
| 06/25/2004 | 3 | ORDER by Magistrate Judge Anthony J. Battaglia setting conditions of release for Gerardo Madrid restrict travel to Southern and Eastern Districts of Ca; do not enter Mexico [ 3:04-m -1559 ] (kat) (Entered: 06/28/2004) |
| 06/25/2004 | 4 | FINANCIAL AFFIDAVIT by defendant Gerardo Madrid [ 3:04-m -1559 ] (kat) (Entered: 06/28/2004) |
| 07/08/2004 | 5 | BOND ($25,000 p/s) by Gerardo Madrid signed by Judge McKee; abstract issued to USM [ 3:04-m -1559 ] (dkt clerk) Modified on 07/08/2004 (Entered: 07/08/2004) |
| 07/08/2004 | 6 | Minutes: Enter Order by Magistrate Judge Roger C. McKee preliminary hrg continued to 1:30 7/15/04 for Gerardo Madrid before Mag Judge Anthony Battaglia ; Court Reporter: RCM04-1:1451-2300 [ 3:04-m -1559 ] (ymm) (Entered: 07/13/2004) |
| 07/13/2004 | 7 | ORDER by Magistrate Judge Anthony J. Battaglia as to dft Gerardo Madrid withdrawing attorney Federal Defenders for |

| | | |
|---|---|---|
| | | Gerardo Madrid and substituting attys Adam M Ruben, Timothy J Richardson [ 3:04-m -1559 ] (kat) (Entered: 07/14/2004) |
| 07/15/2004 | 8 | INFORMATION by USA . Gerardo Madrid (1) count(s) 1 (gep) (Entered: 07/16/2004) |
| 07/15/2004 | 9 | WAIVER of Indictment by defendant Gerardo Madrid (gep) (Entered: 07/16/2004) |
| 07/15/2004 | 10 | Minutes: Enter Order by Magistrate Judge Anthony J. Battaglia dft Gerardo Madrid arraigned on the information ; dft pleads not guilty , disposition hearing set for 9:00 8/23/04 for Gerardo Madrid before Judge Thomas Whelan Court Reporter: AJB04-1:4027-4630 (axr) (Entered: 07/20/2004) |
| 07/15/2004 | | (Court only) Docket Modification (Utility Event) withdrawing attorney Federal Defenders for Gerardo Madrid and substituting attorney Timothy J Richardson (mam) (Entered: 08/18/2004) |
| 08/23/2004 | 11 | PLEA Agreement as to Gerardo Madrid (dkt clerk) (Entered: 08/23/2004) |
| 08/23/2004 | 12 | Minutes: Enter Order by Judge Thomas J. Whelan: Court orders the record to reflect that Adam Ruben is retained counsel for the dft and co-counsel w/ Timothy Richardson; Gerardo Madrid Gerardo Madrid (1) count(s) 1 enters guilty plea; dft referred to USPO for PSR , PO report and sentencing set for 9:00 11/8/04 for Gerardo Madrid before Judge Thomas Whelan ; Court Reporter: M. Pierson (dkt clerk) Modified on 08/23/2004 (Entered: 08/23/2004) |
| 08/23/2004 | | (Court only) Docket Modification (Utility Event) adding atty Adam M Ruben as to Gerardo Madrid (dkt clerk) (Entered: 08/25/2004) |
| 11/01/2004 | 13 | SENTENCING DOCUMENT by defendant Gerardo Madrid : dft's sentencing memorandum (axr) (Entered: 11/03/2004) |
| 11/08/2004 | 14 | Minutes: Enter Order by Judge Thomas J. Whelan sentencing Gerardo Madrid (1) to count(s) 1. Custody of BOP 18 months, supervised release 3 yrs; $100.00 penalty assessment; no fine; Terminating defendant Gerardo Madrid , sentence stayed and dft ordered to surrender by noon 1/28/05 case terminated Court Reporter: M. Pierson (axr) Modified on 11/09/2004 (Entered: 11/09/2004) |

| 11/08/2004 | 15 | JUDGMENT and Commitment issued to U.S. Marshal for Gerardo Madrid by Judge Thomas J. Whelan (axr) (Entered: 11/09/2004) |
| 01/28/2005 | 16 | Letter to court from defendant Gerardo Madrid (axr) (Entered: 01/28/2005) |
| 02/13/2008 | ●17 | Probation Jurisdiction Transferred to Northern District of Illinois as to Gerardo Madrid. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Signed by Judge Thomas J. Whelan on 1/10/08. (Attachments: # 1 Transfer Letter)(aje) (Entered: 02/15/2008) |

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

JUDGE SHADUR

MAGISTRATE JUDGE BROWN

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 04-CR-1951-001-W |
| DOCKET NUMBER *(Rec. Court)* | **FILED** FEB 1 3 2008 |

OF NAME AND ADDRESS OF SUPERVISED RELEASEE

Gerardo MADRID

**08CR  0093**

| | |
|---|---|
| DISTRICT | Southern California |
| NAME OF SENTENCING JUDGE | Thomas J. Whelan |
| DATES OF SUPERVISED RELEASE | FROM 6/1/2006 — TO 5/31/2009 |

DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

OFFENSE

21 U.S.C. §§ 952 and 960, Importation of Marijuana

**RECEIVED**
JAN 2 % 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

**DOCKETED**
FEB 0 6 2008

A TRUE COPY ATTEST
_____ W. ROBBINS, CLK
BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHER.
DISTRICT OF ILLINOIS
DATE: FEB 0 8 2008

_1/10/08_
Date

Thomas J. Whelan
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.*

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 15 08

_2/15/08_
Effective Date

James F. Holderman
United States District Judge

I hereby attest and certify on _____ 2008
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ Deputy

pn/pn



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

**February 8, 2008**

312-435-5698

Mr. Sam Hamrick, Clerk
United States District Court
Edward J. Schwartz Federal Building,
Suite 4290
880 Front Street
San Diego, CA 92101

Dear Clerk:

**Re:** 04 CR 1951-001-W - USA v. Gerardo Madrid - Judge Thomas J. Whelan

Our Case Number: 08 CR 93 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Marsha E. Glenn
Deputy Clerk

Enclosure

JUL 1 5 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'04CR1951 W

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| GERARDO MADRID, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about June 24, 2004, within the Southern District of California, defendant GERARDO MADRID, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 90.20 kilograms (198.44 pounds), of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  7/14/04  .

CAROL C. LAM
United States Attorney

ⅺ or   ANNALOU T. TIROL
Assistant U.S. Attorney

I hereby attest and certify on  7/15/08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

VAB:psd:San Diego
7/12/04

8

FILED

2004 NOV -8 AM 11: 25

✎AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**v.**

GERARDO MADRID (01)

REGISTRATION NO. 92204198

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 04CR1951-W

TIMOTHY RICHARDSON/ADAM RUBEN
Defendant's Attorney

**THE DEFENDANT:**

X   pleaded guilty to count(s)   one of the information

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 952 AND 960 | IMPORTATION OF MARIJUANA | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  Assessment : $ 100.00 payable forthwith.

X  Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

November 8, 2004
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 2-15-08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ Deputy

15

Entered Date: 11-9-04

AO 245B   (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT:        GERARDO MADRID (01)
CASE NUMBER:      04CR1951-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months.

X    The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends the Intensive Confinement Center or Boot Camp Program.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m.  ☐ p.m.   on _____ .

     ☐    as notified by the United States Marshal.

X    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

          or USM by        12 noon on 1/28/05          .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___4___

DEFENDANT:   GERARDO MADRID (01)
CASE NUMBER:   04CR1951-W

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  3 years.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court . The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT:     GERARDO MADRID (01)
CASE NUMBER:    04CR1237-W

## SPECIAL CONDITIONS OF SUPERVISION

__X__    The defendant shall not possess firearms, explosive devices, or other dangerous weapons.

__X__    The defendant shall submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer or other law enforcement officer.

__X__    The defendant shall report all vehicles owned, operated, or in which the defendant has an interest to the probation officer.

__X__    The defendant shall not enter or reside in Mexico without the permission of the probation officer.